**Exhibit A to the Complaint**

**Location:** Waltham, MA  **IP Address:** 71.192.209.227
**Total Works Infringed:** 33  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-17-2023 03:23:30 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 2 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash:<br>3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01-17-2023 03:22:43 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 3 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-17-2023 03:20:50 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 4 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash:<br>C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 01-17-2023 03:20:17 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 5 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash:<br>8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 10-29-2022 06:18:07 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 6 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 10-29-2022 06:15:49 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 7 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash:<br>9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 10-29-2022 06:13:23 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 8 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash:<br>0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 10-29-2022 05:56:48 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 9 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash:<br>B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-22-2022 03:16:49 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 10 | Info Hash: 42C52C418593792BC51AA3FA25382B3DAF6A53E4<br>File Hash:<br>D23B08640253FEA80830649F24C6384FC7178C86E16C875E32B0ECB7DB975DDC | 10-22-2022 03:15:54 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 11 | Info Hash: 03B6BB24DA9C4E80EA798BFC2896AF206AD038C5<br>File Hash:<br>7677CE41C30DA090BB1E8AA6B71C9C9171E5A8A7E333B829865B315804350A16 | 10-22-2022 03:07:44 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10-22-2022 03:07:40 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 13 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 10-10-2022 00:52:16 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 14 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash: A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 10-10-2022 00:45:08 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 15 | Info Hash: CED7880DF2AA6EF8109100E0EA980C41874622E8<br>File Hash: D5B51EF2B39F4DED5C4AFA7960434E39FECAF22A9CF71C2786AC6ADBB07DD4E9 | 10-10-2022 00:44:45 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 16 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 10-10-2022 00:44:34 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 17 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-10-2022 00:43:06 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 18 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 08-13-2022 04:08:43 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 19 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 08-13-2022 04:07:18 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 20 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash: 9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08-13-2022 03:43:54 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 21 | Info Hash: A45135933D2916166CD81B774C59AB9D551ABFDD<br>File Hash: 5BB4FD9BB134B08DCB2F522421309D45E957B0FB1F8FDEAE7FB262B439168267 | 08-13-2022 03:43:46 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 22 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash: 0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 08-13-2022 03:43:22 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 23 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash: 55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 08-13-2022 03:42:13 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 07-30-2022<br>06:28:53 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 25 | Info Hash: 1EBC2F20824E705567B4FEB68EA1D690FC5A6F4B<br>File Hash:<br>C32DD0741B507A98C3F6EB1698AA53CF4F01E6B2BEFD059F99C55E2B67451ED9 | 07-30-2022<br>06:25:31 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 26 | Info Hash: 71B373239AA21E0A2A1291498B72DC7BB0F06687<br>File Hash:<br>24688D83D2C2F0B22615DCA435E39CD808D05F274EB2804456F6E77AEFDCED83 | 07-30-2022<br>06:03:11 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 27 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash:<br>A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 07-30-2022<br>05:59:01 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 28 | Info Hash: F0E6F9B4F59F388FA1B13469986C96FDD80EB501<br>File Hash:<br>00D09225B488C1FA22736D76C53E4D5A7F1D5A19658361F5036842447D490233 | 07-30-2022<br>05:56:18 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 29 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash:<br>DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 07-30-2022<br>05:56:04 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 30 | Info Hash: 858E3DEA85EB18D5C627D295C9863730915C1184<br>File Hash:<br>B2B8F9FB9AE3E35B7CDC5C7CF9EE55B19D760DCAF518DF8C1E40F4411CF31778 | 07-30-2022<br>05:54:55 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 31 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 07-30-2022<br>05:52:41 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 32 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-30-2022<br>05:49:24 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 33 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash:<br>68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 07-30-2022<br>05:47:43 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |